Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00199-CV

**IN RE** Yvonne **LEIJA**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  April 18, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2011-EM5-02019, styled *In the Interest of T.G.R., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the order complained of was signed by the Honorable Solomon Casseb, III, presiding judge of the 288th Judicial District Court, Bexar County, Texas.